UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FRANCIS J. O'REILLY,                                          :
              Plaintiff,                                :
                                                                   :
v.                                                            :
                                                                   :
SOURCE RECOVERY SERVICES, LLC d/b/a                           :
SOURCE MEDIATION SERVICES,                                    :
              Defendant.                                :
--------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/15

**ORDER**

15 CV 322 (VB)

       More than 120 days have elapsed since the complaint was filed on January 16, 2015, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on defendant.  Accordingly, this action will be dismissed without prejudice unless plaintiff, on or before June 10, 2015, either (i) files proof of service with the Clerk of the Court, or (ii) shows cause in writing why a further extension of the time limit for service is warranted.  See Fed. R. Civ. P. 4(m).

Dated: May 27, 2015
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge