UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FRANCIS J. O'REILLY,          :
        Plaintiff,          :
                :        **ORDER**

v.          :
                :        15 CV 322 (VB)

SOURCE RECOVERY SERVICES, LLC d/b/a          :
SOURCE MEDIATION SERVICES,          :
        Defendant.          :
--------------------------------------------------------------x

        Plaintiff filed this action on January 16, 2015. By order dated May 27, 2015, the Court advised plaintiff that if he did not, by June 10, 2015, file proof of service with the Court or show cause in writing why an extension of time to effect service is warranted, the Court would dismiss this action without prejudice. (Doc. #3). Because plaintiff has failed to file proof of service or show cause why an extension is warranted, it is hereby ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: July 6, 2015
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/15