UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIS J. O'REILLY,

                Plaintiff,                              15 CIVIL 322 (VB)

        -against-                                    **JUDGMENT**

SYLVIA M. BURWELL, Secretary of the Department
of Heath and Human Services,
                Defendant.
------------------------------------------------------------X

       Plaintiff filed this action on January 16, 2015. By order dated May 27, 2015, the Court advised plaintiff that if he did not, by June 10, 2015, file proof of service with the Court or show cause in writing why an extension of time to effect service is warranted, the Court would dismiss this action without prejudice. (Doc. #3). Because plaintiff has failed to file proof of service or show cause why an extension is warranted. it is hereby,

       **ORDERED, ADJUDGED AND DECREED:** that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m), accordingly this case is closed.

**Dated:** White Plains, New York
         July 10, 2015

                                                        RUBY J. KRAJICK
                                                        **Clerk of Court**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/15